John Sedersten
Name
3463 Diamond Terrace
Mulberry, FL 33860
Address

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF** ~~Kansas~~ Western Missouri

John Dennis Sedersten, Plaintiff
(Full Name)

v.

Morris Taylor, Defendant(s)

09-3031-CV-S-GAF-P

CASE NO. _____
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

## A. JURISDICTION

1) John Dennis Sedersten, is a citizen of Florida
   (Plaintiff)                                  (State)
   who presently resides at 225 N. Enterprise, P.O. Box 157
   (Mailing address or place
   Girard, KS 66743
   of confinement)

2) Defendant Morris Taylor is a citizen of
   (Name of first defendant)
   Springfield, MO, and is employed as
   (City, State)
   a Police Officer. At the time the claim(s)
   (Position and title, if any)
   alleged in this complaint arose, was this defendant acting under the color of
   state law? Yes ☒ No ☐ If your answer is "Yes", briefly explain:
   He was the arresting officer at a traffic stop
   I was envolved in, and later came to the Jail
   I was incarcerated at, when the incident occured

3) Defendant __N/A__ is a citizen of
   _(Name of second defendant)_
   _____, and is employed as
   _(city, state)_
   _____. At the time the claim(s)
   _(Position and title, if any)_
   alleged in this complaint arose was this defendant acting under the color of state law? Yes ☐ No ☐. If your answer is "Yes", briefly explain:

   _____

   _____

   (Use the back of this page to furnish the above information for additional defendants.)

   51343(3); 42

4) Jurisdiction is invoked pursuant to 28 U.S.C. U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

   _____

   _____

## B. NATURE OF THE CASE

1) Briefly state the background of your case.

   A few hours after a traffic stop that led to my arrest the officer came into a holding cell and beat me while I was sleeping. Then he relocated me to 2 other locations in the facility while contenuing to beat on me.

-2-

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: _He used abuse of power and a detention facility to beat me for no apparant reason_

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

See attached exhibits

B)(1) Count II: _____

(2) Supporting Facts:

-3-

C) (1) Count III: _____

_____

_____

  (2)   Supporting Facts:




## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☒. If your answer is "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

  a) Parties to previous lawsuit:

     Plaintiffs: _____

     Defendants: _____


  b) Name of court and docket number _____


  c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____


  d) Issues    _____
     raised

e) Approximate date of filing lawsuit_____

f) Approximate date of disposition_____

2) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part D ☒ Yes ☐ No
If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.

The jail staff and investigaters told me they were looking into it.

### E. REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

My medical expenses paid, as well as future medical Paid due to the physical and mental problems that I am having from the incident. I am asking for $10,000,000 due to the fact that because of my mental state from this incident, there's a chance I may not be able to work again

_____  _____
Signature of Attorney (if any)   Signature of Petitioner

_____
_____
(Attorney's full address and telephone number)

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares (or certifies, verifies, or states) under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. § 1746. 18 U.S.C. § 1621.

Executed at <u>Crawford County Jail</u> on <u>January 15</u>, 20<u>09</u>.
              (Location)                   (Date)

_____
(Signature)