IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOHN DENNIS SEDERSTEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 09-3031-CV-S-GAF |
| | ) | |
| MORRIS TAYLOR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## INTERLOCUTORY JUDGMENT OF DEFAULT
## AGAINST DEFENDANT MORRIS TAYLOR

The Court, after reviewing the Court file, the evidence presented, and statements of counsel, finds that Defendant Morris Taylor is in default pursuant to Rule 55 of the Federal Rules of Civil Procedure, and enters judgment in favor of Plaintiff and against Defendant Morris Taylor. A hearing will be held on September 17, 2009, at 9:00 a.m. at the United States Courthouse in Springfield, Missouri, to determine the appropriate amount of damages.

**IT IS SO ORDERED.**

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: July 27, 2009