IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| **JOHN D. SEDERSTEN** | |
| Plaintiff, | |
| vs. | Case No. 6:09-CV-03031-GAF |
| **MORRIS TAYLOR, et al.** | |
| Defendants. | |

## PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS REQUESTESD IN SUBPOENA

Plaintiff, through counsel and pursuant to Rule 45(c)(2)(B)(i) of the Federal Rules of Civil Procedure, respectfully moves this court to enter its order compelling the Springfield News Leader to produce for inspection and copying those documents requested in Plaintiff's September 2, 2009 subpoena. Plaintiff incorporates by reference the suggestions in support filed contemporaneously with this motion.

**DOUGLAS, HAUN & HEIDEMANN, P.C.**
111 West Broadway, P.O. Box 117
Bolivar, Missouri 65613
Telephone: (417) 326-5261
Facsimile: (417) 326-2845
nduncan@bolivarlaw.com


By____/s/ Nathan A. Duncan_____
Craig R. Heidemann
Missouri Bar No. 42778
Nathan A. Duncan
Missouri Bar No. 60186
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

>John W. Housley
>Lowther Johnson LLC
>901 St. Louis St., 20th Floor
>Springfield, MO  65806

>Springfield City Attorney
>Thomas Rykowski
>840 Boonville Ave.
>Springfield MO 65802

I further certify that on September 30, 2009, a complete copy of the foregoing instrument was served on:

>Husch Blackwell Sanders LLP
>Bryan O. Wade
>1949 E Sunshine Street Suite 2-300
>Springfield MO  65804-1605

by enclosing same in an envelope addressed to the individual at the address as shown opposite, with first class postage fully prepaid, and by depositing said envelopes in a U.S. Post Office mailbox in Bolivar, Missouri, on the date of this Certificate listed above.

>By____/s/ Nathan A. Duncan_____
>         Nathan A. Duncan