**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | |
|---|---|
| **JOHN D. SEDERSTEN** | |
| Plaintiff, | |
| vs. | Case No. 6:09-CV-03031-GAF |
| **MORRIS TAYLOR, et al.** | |
| Defendants. | |

## PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT, JOSEPH FLETCHER

Plaintiff, through counsel and pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1, respectfully moves this court for partial summary judgment against Defendant, Joseph Fletcher. With respect to Defendant, Joseph Fletcher's request for qualified immunity from Plaintiff's 42 U.S.C. § 1983 claims, there exist no genuine issues of material fact and Plaintiff is entitled to partial judgment as a matter of law. Plaintiff has filed his suggestions in support contemporaneously with this motion and incorporates them by reference.

**DOUGLAS, HAUN & HEIDEMANN, P.C.**
111 West Broadway, P.O. Box 117
Bolivar, Missouri 65613
Telephone: (417) 326-5261
Fax: (417) 326-2845
nduncan@bolivarlaw.com

By___/s/ Nathan A. Duncan_____
    Craig R. Heidemann
    Missouri Bar No. 42778
    Nathan A. Duncan
    Missouri Bar No. 60186
    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

  I hereby certify that on January 13, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

    John W. Housley
    Lowther Johnson LLC
    901 St. Louis St., 20th Floor
    Springfield, MO 65806

    Assistant Springfield City Attorney
    Thomas Rykowski
    840 Boonville Ave.
    Springfield MO 65802


            By  /s/ Nathan A. Duncan_____

**DHH No.: 17663-001**