IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOHN D. SEDERSTEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 09-3031-CV-S-GAF |
| | ) | |
| MORRIS TAYLOR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER OF DISMISSAL

Now before the Court is Plaintiff's Voluntary Dismissal of Claims Against Defendants Steven Hammer and Jessie Homan. Accordingly, it is

ORDERED that Plaintiff's claims against defendants Steven Hammer and Jessie Homan are dismissed without prejudice.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: February 1, 2010